

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Susan K. Hemeren
2518 Central St., Apt. 25
Evanston IL 60201
(Name of the plaintiff or plaintiffs)

CIVIL ACTION

v.

Chicago Public Schools
Barbara Byrd-Bennett, CEO
125 S. Clark St.
Chicago IL 60603
(Name of the defendant or defendants)

14CV3060
JUDGE THARP JR
MAG. JUDGE MASON

FILED
APR 28 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Susan K. Hemeren of the county of Cook in the state of Illinois.

3. The defendant is the Chicago Public Schools, whose street address is 125 S. Clark St., (city) Chicago (county) Cook (state) Illinois (ZIP) 60603
(Defendant's telephone number) (773) 553-1500

4. The plaintiff sought employment or was employed by the defendant at (street address) South Shore School of Leadership 7626 S. Constance Ave. (city) Chicago (county) Cook (state) Illinois (ZIP code) 60649

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☒ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _Nov._, (day) _3_, (year) _2012_.

7.<u>1</u>   (***Choose paragraph 7.1 or 7.2, do not complete both.***)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has ~~not~~ ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) _Jan._ (day) _15_ (year) _2014_.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month) _____ (day) _____ (year) _____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. ~~The plaintiff has no reason to believe that this policy was not followed in this case.~~

7.2   The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) Jan, (day) 28 (year) 2014.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) Jan, (day) 28 (year) 2014 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. ~~If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).~~

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _retaliated against plaintiff for exercising labor rights_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_Please see attached statement_

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): _1.) Termination of the Principal, Noreen Harris 2.) Implementation of a policy of training for all administrators on the requirements of the ADA_

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_/s/ Sn K Hemer_____

(Plaintiff's name)

_Susan K. Hemesen_____

(Plaintiff's street address)

_2518 Central St., Apt. 2-S_____

_____

(City) _Evanston_ (State) _IL_ (ZIP) _60201_

(Plaintiff's telephone number) (_847_) – _863-0105_____

Date: _April 25, 2014_

13.

I began my employment with Respondent in or around August 2007. The hiring relevant to this action was in or around September 2012, at which time I was hired as a full-time, tenured Special Education teacher at the South Shore School of Leadership. In July of 2013, I was laid off from this position due to the phased-out closing of the South Shore School of Leadership. In accordance with the current contract between the Chicago Board of Education and the Chicago Teachers' Union, I was placed in the Displaced Teacher Pool in August, 2013 and, after a semester at that status, transferred to the Cadre substitute pool at the beginning of the second academic semester in late January 2014. In the Displaced Teacher Pool, I was paid full salary and benefits; once I entered the Cadre pool, my compensation decreased significantly.

In early November 2012, I requested an elevator key as a reasonable accommodation of my disability from the school's principal, Noreen Harris, informing her that I was disabled. Ms. Harris noted that I had not given her a doctor's statement documenting my disability, so about a week later, I provided her with such a statement. Ms. Harris continued to refuse to give me a key. Later I contacted Respondent's in-house office for handling accomodations under the Americans with Disabilitites Act and submitted a formal request for two reasonable accommodations: the elevator key and reassignment to a classroom much closer to the elevator than I currently had. The elevator key was eventually supplied to me in late January 2013, but the request to move to another room was denied, despite the availability of a classroom being used in the 2012- 2013 schoolroom for storage which fulfilled the criteria of my request.

Subsequent to submitting my request in early November of 2012 to Ms. Harris for an elevator key citing my disability, I was disciplined and subjected to different terms and conditions of employment, including, but not limited to, assignment of a heavier workload, denial of assistance in the classroom and lack of support in the discipline of students.

I believe that I have been discriminated against because of my age, 53 at the time (D.O.B. October 10, 1959), in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe that I have been discriminated against because of my disability and in retaliation for engaging in protected activity, in violation of the Americans with Disabilityies act of 1990, as amended.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2014-00715 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Susan K. Hemeren | Home Phone (Incl Area Code)<br>(847) 863-0105 | Date of Birth<br>10-10-1959 |
|---|---|---|

Street Address: 2518 Central Street, Apt. 2-S, Evanston, IL 60201

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>CHICAGO BOARD OF EDUCATION | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(773) 553-1688 |
|---|---|---|

Street Address: South Shore School Of Leadership, 7626 S. Constance Ave., Chicago, IL 60649

RECEIVED EEOC
JAN 15 2014
CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 06-30-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent in or around September 2012. My most recent position was Special Education Teacher. Respondent was aware of my disability. I requested a reasonable accommodation, which was not provided. I complained to Respondent. Subsequently, I was disciplined and subjected to different terms and conditions of employment, including, but not limited to, assignment of a heavier workload, denial of assistance in the classroom and lack of support in the discipline of students.

I believe that I have been discriminated against because of my age, 53 (D.O.B. October 10, 1959), in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe that I have been discriminated against because of my disability and in retaliation for engaging in protected activity, in violation of the American with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Jan 15 2014
Charging Party Signature: *[signed] Susan K Hemeren*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Susan K. Hemeren**<br>2518 Central Street, Apt. 2-S<br>Evanston, IL 60201 | From: **Chicago District Office**<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ]   On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-00715 | Kirsten J. Peters,<br>Investigator | (312) 869-8143 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)     *John P. Rowe,*     1/27/14
                             **District Director**           *(Date Mailed)*

cc:   **Linda Hogan**
**Senior Assistant General Counsel**
**CHICAGO BOARD OF EDUCATION**
125 South Clark Street, Suite 700
Chicago, IL 60603