UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Susan K. Hemeren

        Plaintiff,

v.

Case No.: 1:14−cv−03060
Honorable John J. Tharp Jr.

Board of Education of the City of Chicago, The, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Plaintiff arrived late for the hearing. Defendants' counsel report, and the plaintiff acknowledges, that the plaintiff has not provided them with any responses to their interrogatory responses and substantially incomplete responses to their document requests. Having previously granted the plaintiff several extensions of time to respond to the defendant's discovery requests, and having previously advised the plaintiff that failure to comply with her discovery obligations by today's date would result in dismissal of her case, the Court dismisses this claim with prejudice. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.